IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01514-WDM-BNB | Date: February 25, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

KIMPTON HOTEL & RESTAURANT  John Posthumus
GROUP, LLC,
a Delaware limited liability company

      Plaintiff and Counter Defendant,

v.

MONACO INN, INC.,  Michael Cooksey
a Colorado corporation
EMMANUEL ARISTIDES TSIKOUDAKIS,

      Defendants and Counter Claimants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 8:35 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Plaintiff's motion to compel responses to plaintiff's first set of interrogatories and requests for production of documents and things, and certification of communication in good faith filed February 20, 2008; Doc 39 is denied as moot as stated on the record.**

Court in Recess     8:45 a.m.     Hearing concluded.

Total time in court:     00:10

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.