IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01514-WDM-BNB

KIMPTON HOTEL & RESTAURANT GROUP, LLC.,
a Delaware limited liability company

Plaintiff,

v.

MONACO INN, INC., a Colorado corporation:
and
EMMANUEL ARISTIDES TSIKOUDAKIS,

Defendants.
_____

## ORDER
_____

This matter is before me on **Plaintiff's Motion to Compel Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents and Things, and Certification of Communication In Good Faith** [Doc. # 39, filed 1/24/2008] (the "Motion"). I held a hearing on the Motion this morning, and I am informed that it is moot.

IT IS ORDERED that the Motion is DENIED as moot.

Dated February 25, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge