IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01514-WDM-BNB

KIMPTON HOTEL & RESTAURANT GROUP, LLC.,
a Delaware limited liability company

Plaintiff,

v.

MONACO INN, INC., a Colorado corporation, and
EMMANUEL ARISTIDES TSIKOUDAKIS,

Defendants.
_____

## ORDER
_____

This matter is before me on the following:

(1) **Defendants' Motion to Compel Discovery** [Doc. # 51, filed 3/24/2008] (the "Motion to Compel"); and

(2) **Defendants' Motion to Amend Scheduling Order By Extending the Discovery Cut-Off and Dispositive Motions Deadlines** [Doc. # 49, filed 3/24/2008] (the "Motion for Extension").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as stated on the record. The plaintiff shall make supplemental discovery responses consistent with my order on or before **April 28, 2008**.

IT IS FURTHER ORDERED that the Motion for Extension is DENIED.

Dated April 14, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge