IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01514-WDM-BNB

KIMPTON HOTEL & RESTAURANT GROUP, LLC,

    Plaintiff,

v.

MONACO INN, INC. and
EMANUEL ARISTIDES TSIKOUDAKIS,

    Defendants.

## ORDER

Miller, J.

This matter is before me on Plaintiff's "Motion for Partial Summary Judgment on Defendants' Second and Third Counterclaims Based on Statute of Limitations and Laches" (Docket No. 47). In response to this motion, Defendants sought relief pursuant to Fed. R. Civ. P. 56(f) (Docket No. 54) arguing that they were unable to adequately respond to the Motion for Partial Summary Judgment because Plaintiff had failed to fully respond to discovery requests. Defendants simultaneously filed a Motion to Compel Discovery (Docket No. 51).

Magistrate Judge Boyd N. Boland granted in part and denied in part Defendants' Motion to Compel Discovery on April 14, 2008 (Docket Nos. 60, 61) and ordered Plaintiff to provide supplemental discovery on or before April 28, 2008. Therefore, Defendants' concerns regarding responding to Plaintiff's Motion for Partial Summary

PDF Final

Judgment are now moot as the Motion to Compel has been ruled upon and Plaintiff has provided the ordered supplemental discovery.[1] However, it has been over a month since the supplemental discovery deadline and Defendants have not yet responded to Plaintiff's Motion for Partial Summary Judgment.[2]

Accordingly, it is ordered that Defendants shall respond to Plaintiff's "Motion for Partial Summary Judgment on Defendants' Second and Third Counterclaims Based on Statute of Limitations and Laches" (Docket No. 47) on or before June 20, 2008. Failure to do so may result in granting Plaintiff's motion without further notice.

DATED at Denver, Colorado, on June 6, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

---

[1] With no evidence to the contrary, I assume that Plaintiff has complied with the Court's order and produced the ordered supplemental discovery.

[2] Notably, Plaintiff has filed a reply (Docket No. 57) arguing that Defendants' failure to respond warrants granting the motion.

PDF Final