IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01514-WDM-BNB

KIMPTON HOTEL & RESTAURANT GROUP, LLC., a Delaware limited liability company

Plaintiff,

v.

MONACO INN, INC., a Colorado corporation, and
EMMANUEL ARISTIDES TSIKOUDAKIS,

Defendants.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Amended Defendant's Motion for Extension of Time to File Response to Plaintiff's Motion for Partial Summary Judgment on Defendants' Second and Third Counterclaims** [docket no. 72, filed July 14, 2008] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and defendants shall respond to the Motion for Partial Summary Judgment on or before **August 4, 2008**.


DATED:  July 16, 2008